# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NOVO NORDISK A/S AND NOVO NORDISK INC., <br><br> **Plaintiffs,** <br><br> v. <br><br> DOCERE MEDICAL SPA AND LASER CENTER, INC. <br><br> **Defendant.** | Case No. 1:25-cv-01236 <br><br> Judge: Pamela A. Barker <br><br> Magistrate Judge: James E. Grimes |

**TO THE CLERK IN THE ABOVE-TITLED COURT:**

## PLAINTIFFS' NOVO NORDISK A/S AND NOVO NORDISK. INC.'S REQUEST FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs, Novo Nordisk A/S and Novo Nordisk, Inc., by and through counsel, hereby request that the Clerk of Court enter default in this matter against Defendant Docere Medical Spa and Laser Center, Inc. ("Defendant"). The Court's docket and the declaration submitted herein establish that Defendant failed to appear, plead, or otherwise defend against Plaintiffs' claims within the time specified in Fed. R. Civ. P. 12(a)(1)(A).

The grounds supporting this request are set forth in more detail in the accompanying Declaration of Gregory Krabacher, Esq.

Dated September 4th, 2025.

Respectfully submitted,

*/s/ Gregory J. Krabacher*
Gregory J. Krabacher (0079259), Trial Attorney
Maurice A. Wells (0096804)
Epstein Becker & Green, P.C.
250 West Street, Suite 300
Columbus, Ohio 43215
T: (614) 872-2447
E: gkrabacher@ebglaw.com
    mwells@ebglaw.com

## CERTIFICATE OF SERVICE

I hereby certify a true and accurate copy of the foregoing *Request for Entry of Default* was filed with the Clerk of Court via ECF on September 4, 2025 and served via FedEx upon the following:

Lori Leonard
1021 Orchard Lane
Broadview Heights, OH 44147
Statutory Agent for Docere Medical Spa and Laser Center, Inc.

and

Docere Medical Spa and Laser Center, Inc.
10633 Peal Road
Strongsville, Ohio 44136

                                             */s/ Gregory J. Krabacher*
                                             Gregory J. Krabacher